## SLAZENGER et al. v. UNITED STATES.

(Circuit Court, S. D. New York. January 18, 1899.)

Nos. 2,642 and 2,730.

Customs Duties—Classification—India Rubber Tennis Balls.
    Tennis balls of India rubber, covered with light felt of wool, the rubber being the component material of chief value, were dutiable under paragraph 352 of the act of 1894.

This was an application by Slazenger & Sons for a review of a decision of the board of general appraisers in respect to the classification for duty of certain tennis balls imported by them.

W. Wickham Smith, for appellants.

D. Frank Lloyd, Asst. U. S. Atty.

WHEELER, District Judge. These are tennis balls of India rubber covered with light felt of wool. The India rubber is shown to have been the component material of chief value, and they appear to have been dutiable under paragraph 352, Act 1894, as claimed by the importer. A description of goods of which India rubber is the component material of chief value seems to be more specific than one of goods of which India rubber is a component material generally, without regard to proportional value. Hartranft v. Meyer, 135 U. S. 237, 10 Sup. Ct. 751. Decision reversed.